**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 149 DB 2019  (No. 88 RST 2019) |
| | : | |
| | : | |
| PHILIP JOHN FARWELL, JR. | : | Attorney Registration No.  316716 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Jefferson County) |

**O R D E R**

**PER CURIAM**

　　**AND NOW**, this 25th day of October, 2019, the Report and Recommendation of Disciplinary Board Member dated October 16, 2019, is approved and it is ORDERED that Philip John Farwell, Jr., who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.